## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NONDAS DAVIS                          Chapter 13
EDWARD DAVIS


                          Debtor          Bankruptcy No. 16-10694-JKF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

      **AND NOW**, this _____*15 th*_____ day of _____*September*_____, 201_6_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
4206 CHESTNUT ST - 1ST FLR
PHILADELPHIA, PA 19104-


Debtor:
NONDAS DAVIS
EDWARD DAVIS
4909 N. 15th Street

Philadelphia, PA 19141