United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10694-jkf
Nondas Davis                                                        Chapter 13
Edward Davis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW           Page 1 of 2           Date Rcvd: Sep 15, 2016
                              Form ID: pdf900          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db/jdb         +Nondas Davis,    Edward Davis,    4909 N. 15th Street,    Philadelphia, PA 19141-2136
cr             +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                 Southfield, MI 48037-0513
13672794        Albert Einstein Oral Health Associates,    5501 Old York Road,    Paley Bldg. 2nd Floor,
                 Phila. PA. 19141-3018
13672795        Albert Einstein Practice Plan,    P.O. Box 8500-8735,    Philadelphia, PA. 19178-8735
13672799       +Cibik and Cataldo, P.C.,    437 Chestnut Street,    Suite 1000,    Philadelphia, PA. 19106,
                 ccpc@ccpclaw.com 19106-2410
13669208       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13672803        Einstein Practice Plan, Inc.,    P.O. BOX 8500-8735,    Philadelphia ,PA. 19178-6735
13690513       +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
13672804       +PGW,   Legal Dept. 4th Floor,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
13736388       +Porania,LLC,    c/o Biltmore Asset Management,    24500 Center Ridge,    Suite 472,
                 Westlake OH 44145-5605
13672808       +U.S. BANK NATIONAL ASSOCIATION,    c/o Peennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101-1406,    Attn. Bankruptcy Department

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 16 2016 02:04:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2016 02:04:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2016 01:58:24     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13672792       +E-mail/Text: EBNProcessing@afni.com Sep 16 2016 02:04:42
                 Afni, Inc. (original Creditor: Verizon),    P.O. Box 3427,    Bloomington, IL 61702-3427
13672793        E-mail/Text: filinukm@einstein.edu Sep 16 2016 02:04:14     Albert Einstein Healthcare Network,
                 101 E. Olney Avenue, Suite 301m,    3rd Floor,    Philadelphia PA. 19120-2470
13672796       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 16 2016 02:04:37     Asset Acceptance LLC,
                 P.O. BOX 2036,    Warren MI 48090-2036
13766550        E-mail/Text: bankruptcy@phila.gov Sep 16 2016 02:04:52     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13672800       +E-mail/Text: bankruptcy@phila.gov Sep 16 2016 02:04:51     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102-1504
13672801       +E-mail/Text: bankruptcy@phila.gov Sep 16 2016 02:04:52     City of Philadelphia Law Dept.,
                 WATER AND SEWER,    1515 Arch Street, 15th Floor,    Philadelphia PA 19102-1504
13672802       +E-mail/Text: filinukm@einstein.edu Sep 16 2016 02:04:14     Einstein Medical Center,
                 5501 Old York Road,    Philadelphia, PA 19141-3098
13747683        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 16 2016 01:58:29
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13754424        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2016 01:58:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13672806        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2016 02:04:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division, P.O. BOX  280946,
                 Harrisburg, PA. 17128-0946
13741849        E-mail/Text: bnc-quantum@quantum3group.com Sep 16 2016 02:04:13
                 Quantum3 Group LLC as agent for,    Cascade Capital LLC Series A,    PO Box 788,
                 Kirkland, WA  98083-0788
13685990        E-mail/Text: bnc-quantum@quantum3group.com Sep 16 2016 02:04:13
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13672807        E-mail/Text: bkrpt@retrievalmasters.com Sep 16 2016 02:04:38     RMCB,   P.O. BOX 1235,
                 Elmsford, NY 10523-0935
13673762        E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2016 01:59:15
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13755199       +E-mail/Text: blegal@phfa.org Sep 16 2016 02:04:39
                 US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PA HOU,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13672798          CAR FINANCIAL

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                  Date Rcvd: Sep 15, 2016
                               Form ID: pdf900             Total Noticed: 29

smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13672797*      +Asset Acceptance LLC,    P.O. BOX 2036,   Warren MI 48090-2036
13672805*      +PGW,   Legal Dept. 4th Floor,   800 Montgomery Avenue,   Philadelphia, PA 19122-2806
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DIANE E. BARR    on behalf of Joint Debtor Edward  Davis barrdupree09@yahoo.com, dbarrcg@aol.com
              DIANE E. BARR    on behalf of Debtor Nondas  Davis barrdupree09@yahoo.com, dbarrcg@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NONDAS DAVIS                         Chapter 13
EDWARD DAVIS

             Debtor            Bankruptcy No. 16-10694-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _15th_ day of _September_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                    Jean K. FitzSimon
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
4206 CHESTNUT ST - 1ST FLR
PHILADELPHIA, PA 19104-

Debtor:
NONDAS DAVIS
EDWARD DAVIS
4909 N. 15th Street

Philadelphia, PA 19141